UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-cr-20052 |
| ) | |
| EARL ORR, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SUBSTITUTE COUNSEL

The United States of America, by its attorneys, Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Bryan D. Freres, Assistant United States Attorney, respectfully moves this Court to substitute Assistant United States Attorney Bryan D. Freres as the attorney of record for the Plaintiff in the above-referenced cause.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

s/ Bryan D. Freres
BRYAN D. FRERES
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:  217-373-5875
Fax:  217-373-5891
bryan.freres@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of said filing to counsel of record.

s/ Bryan D. Freres
BRYAN D. FRERES
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802
Phone:  217-373-5875
Fax:  217-373-5891
bryan.freres@usdoj.gov