UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-20052 |
| ) | |
| EARL ORR, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CANCEL PLEA AGREEMENT AND SENTENCING

COMES NOW the United States of America, by Patrick D. Hansen, Acting United States Attorney for the Central District of Illinois, and Assistant United States Attorney Bryan Freres, and hereby moves to cancel the defendant's plea agreement and sentencing hearing, and convert the sentencing hearing scheduled for May 22, 2017, to a status and scheduling conference.

The parties entered into a binding plea agreement in this case with the understanding that the defendant did not qualify as an Armed Career Criminal under Title 18, United States Code, Section 924(e)(1). With the PSR process now complete, it appears the defendant does qualify as an Armed Career Criminal, which means the prior agreed sentence is no longer legal under the relevant statutes. As a result, the United States moves to cancel the plea agreement and the sentencing hearing, and allow the defendant to withdraw his guilty plea.

Respectfully submitted,

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY

 /s/ Bryan D. Freres
Bryan D. Freres

U.S. Attorney's Office
201 S. Vine St., Ste 221
Urbana, IL 61802
Telephone: 217/373-5875
Bryan.Freres@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Elisabeth Pollock.

      */s/ Bryan D. Freres*