E-FILED
Wednesday, 21 June, 2017 11:21:49 AM
Clerk, U.S. District Court, ILCD

16-20052

**FILED**

JUN 21 2017

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

APPROVED/SENT MCJ

6-14-17

Dear Judge Collin Bruce, My name is Earl Orr and im writing you for a Change of Counsel. Right now I have Mrs. Elizabeth Pollock. I've also spoken with her and brought to her awareness my uncomfortness, and the fact that I do not wish to continue with her representing me in this matter. She sent a letter back stating that "she sees no reason for her to remove herself from my case". And if I wanted her to remove herself she said write the Judge so im writing your honor. Your honor, i'm currently awaiting trial and facing a lot of time if I lose. The government acting over a situation 24 years ago when I was a juvenile, so it's a lot of time if I take a plea. Your Honor I have three children and the baby was born six months ago, And as a father my primary focus is to get back home to my family as soon as possible, and with Mrs. Pollock as my counsel I feel that she does not have my best interest in doing so. However, I know she has a large case load which I believe is also hindering her from taking the time to study my case properly. For example, I've done a lot of research myself with the help of my family we've come across some benefical facts pertaining to my case that could be helpful to me. And when I bring up things that I research she always goes against it like she is the prosecuter herself. I have matters in my case need to be challenge and bring to the light and she refuses to do so.

APPROVED/SENT MCJ

Your Honor at this point I feel like the relationship between me and Mrs. Pollock is broken beyond repair. I can't afford a lawyer and I would really appreciate if you can appoint me a new counsel that's willing to work with me and has my best interest. My life is on the line and i'm trying to fight for it Sir

Thank you
Respectfully Submitted
Mr Earl Titus
Macon County Jail
333 S Franklin St
Decatur, IL 62523