E-FILED
Monday, 26 June, 2017  09:20:49 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EARL R. ORR, | ) | |
| | ) | |
| Defendant. | ) | Case No. 16-cr-20052 |

**RESPONSE TO *PRO SE* MOTION FOR CHANGE OF COUNSEL**

NOW COMES Elisabeth R. Pollock of the Federal Defender's Office for the

Central District of Illinois and for her Response to Defendant EARL ORR's *pro se* Motion

for Change of Counsel states as follows:

1.      Counsel was appointed to represent Defendant ORR on June 23, 2016,

when a Criminal Complaint was filed against him alleging violations of 18 U.S.C.

Section 922(g). (R. 1)

2.      Since the date of that appointment, counsel has zealously represented Mr.

Orr. A plea agreement was entered which, through no fault of either party, was later

vacated after two prior juvenile convictions were discovered during the Presentence

Report process. (R. 12)

3.      After the plea agreement was vacated, various options have been

discussed between counsel and Mr. Orr. Counsel has informed Mr. Orr of the

applicable law and has explained what his choices are at this time.

4.     Any and all decisions regarding what motions to file, what witnesses to call at trial, and any other matters of strategy are counsel's responsibility, must be based on counsel's professional judgment, and must comply with the rules of professional conduct, which includes the duty of zealous advocacy.

5.     At this time, counsel has fulfilled that responsibility. Counsel has no personal conflict with Mr. Orr and believes that she can continue to represent him in this matter. However, given Mr. Orr's Motion, counsel defers to the discretion of the Court as to what relief is appropriate at this time.

Respectfully Submitted,

/s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666

### *CERTIFICATE OF SERVICE*

I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Bryan Freres.

/s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org