## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | )   No. 16-CR-20052 |
| **EARL ORR** | ) |
| Defendant. | ) |

## MOTION TO SUPPRESS EVIDENCE

Now comes the defendant **EARL ORR,** by his attorney, HARVEY C. WELCH and moves that this Honorable Court suppress the evidence gathered in this cause. In support of this motion the defendant states as follows:

1. That he is the defendant in this cause charged with Possession of a Firearm by a felon.

2. That the Champaign Police Department (CPD) conducted an undercover investigation of the defendant from early March 2016 till June 22, 2016.

3. During the course of said investigation CPD employed a confidential source (CS) to assist in the investigation.

4. While the CS was so employed he was buying, using, and selling cannabis and controlled substances.

5. While the CS was so employed he was involved in other criminal activities resulting in the filing of two felony cases against him in the Circuit Court of Champaign County.

1

6. That while so employed by CPD the CS was treated for substance abuse due to heroin use.

7. That the CS was involved in 4 controlled buys with the defendant from March to June 2016.

8. That on June 22, 2016 pursuant to information gathered with the assistance of the CS the CPD obtained and executed a search warrant of the defendant's residence.

9. Pursuant to the jail search CPD recovered certain items of contraband from the defendant's residence: gun magazine, controlled substance, and drug paraphernalia.

10. Pursuant to said controlled buys CPD obtained controlled substances from the CS purported to come from the defendant.

11. That due to all the above actions of the CS the CPD investigation of the defendant has been compromised and tainted, due to the illegal activities of the CS the evidence contained should be suppressed.

**WHEREFORE**, the Defendant, EARL ORR, prays that this Honorable Court enter an order barring the Government from using the gun, magazine, cannabis, controlled substances and drug pharaphenellia in the case at bar.

Respectfully submitted,

EARL ORR, Defendant

_____

**Harvey C. Welch**
Attorney for Defendant.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing Motion to Suppress Evidence was delivered electronically:

On this 31st day of January, 2018

_____

Harvey C. Welch
LAW OFFICES OF HARVEY C. WELCH
159 Lincoln Square
Urbana, IL  61801
Phone (217) 367-3200
Fax (217) 367-0241