10-8-18

Dear Honorable Judge Darrow, My name is Earl Orr, I'm writing in regards to my case, as well as my sentencing hearing that's scheduled for Oct 15, 2018. I understand that you are the new appointed Judge who's residing over my case. I also understand that you don't know about everything that went on in my trial and what's going on between myself and Mr. Harvey Welch. I filed a Motion, prose, asking the Honorable Court to set aside verdict, due to ineffective assistance of Counsel. I have not gotten a response yet from the Motion that's pending. Judge Darrow I was lied to and misled up to trial and during trial and there were unjust things allowed at my trial, my attorney let go on. I'm asking you please do not force me to proceed any further with Mr. Welch. I also ask of you, can you please expedite the transcripts from my trial proceedings and investigate the unjust practice of Mr. Welch. I'm not trying to prolong Justice in any way Honorable Judge Darrow. I'm just trying to have my situation looked into and investigated while I'm here, instead being shipped off to prison and lost in the shuffle. So I ask that you please consider my humble request and bare with me.



FILED
16-20052
OCT 11 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Respectfully Submitted
Earl Orr