FILED
16-20052
MAY -2 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To The Honorable Judge Sara Darrow

My name is Earl Orr and I'm writing asking you to please take this letter into consideration upon my sentencing May 8, Judge Darrow the government is using A Juvenile conviction from 25 yrs ago to ACCA me. I was 15 yrs old then I'm 40 yrs old now about to be 41 yrs old May 19. Your Honor can I please take a moment of your time and bring to your attention about my childhood Your Honor I lived in one of the worst area's in Chicago IL, where the police was investigated for racisim and corruption in the late 80's and 90's I had A very hard childhood at the age of 11 yrs old I was A victim of police brutality this incident made the Chicago new's and the Chicago Sun-time's new's paper. At the age of 12 yrs old. I was A victim of robbery for my gym shoe's and my hat I was beaten and struck in the head with A baseball bat I had to get 82 stitches in my head. At the age 13 yrs old, me and my friend's was playing basketball in the park two rivial gang's start shooting at each other leaving me shot in the upper thigh and the private part of my body, and one of my friend's dead, he was only 12 yrs old. At the age 14 yrs old I graduated out of 8th grade. The parent's in the neighborhood threw A block party for the graduate's three men came and shot it up leaving me shot five times 3 times in my leg once in back my head, and once in my left wrist almost taking my hand off.

2

I spent a lot of time in and out of the hospital I had four surgeries on my hand so I can keep two of my fingers. Its a blessing from god I kept my two fingers even my life but one side has no feelings. Your Honor I thought I was an all American in sports ready to take High school by storm playing two sports football and basketball but having all those surgeries on my hand made it hard for me to dribble and catch a ball. That killed my dreams of making it out and doing the right thing in life and most important of all making my Mother proud and happy. Your Honor I went into a deep depression I didnt want to go outside couldnt sleep paranoid, any loud bang or noise my body would shut down and I would start shaking thinking I'm about to be harmed again. I had a diffrent out look on everything especially the police who suppose to serve and protect and help our community. They are same one's that looked down on us and treated us with much disrespect and they didnt care what happen to us. Your Honor I got tired of being the victim so I got m some protection to protect myself. One day me and my friend's went out our neighborhood to get something to eat from White Castle's restaurant We got surrounde by a group of men asking us what neighborhood we come from and when my friend told him one of the men punch him in his face making his nose bleed the men was about to harm us until I pulled out my weapon and fired in the air. I could've easily cause injury to the men but I didnt. I fired in the air so the me

could back off us. I got arrested for this crime, and I was charged with Aggravated discharge of A firearm Went to trial and got found guilty and sentenced to 11-Months to I.D.oc Juvenile Division for that crime Not Attempted murder or any Other crime. Your Honor that incident wasn't part of No gang retaliation, No revenge or plot. This happen 25 yrs. ago I was only 15 yrs. old Your Honor. I ask that you and the government please don't hold this Juvenile Conviction against me. Your Honor I'm not perfect I made A lot of mistakes in my life and some of them led to Criminal Charges, Your Honor I'm not A monster, killer, Cartel member, I don't have tons of drug's, I don't sell gun's, I'm not A racist, I never committed any hate crime, I'm not A rapiest, I don't sell or watch kid pornography, I'm not A Child molester, terroist, I'm not part of any Conspriacy, I'm not part of any human trafficking ring, I never committed any act of treason against America I'm Just A simple man that made A lot of mistakes, your Honor I'm A father of three I love my kid's and they love me. Two of them stay in Chicago with my Parent's where I also stayed. My Daughter Sariah is 15 yrs. old and she and she is A Freshman in High School, Also A straight A student. My Son Jabrie He's 13 yrs. old He's in the 7th grade he very good in basketball there team won the Championship this year, High School Coaches follow up on him everytime he play's he's that good Your Honor. My baby son is 2 yrs. old His name is Evan he was born Dec 13, 2016. I was incarcerated when he was born. Your Honor My Children need me, and I need them also! They are my motivation I was working, while

keeping my kids focus on school. I've always told them how I didn't want them to experience the things I did or make the same mistakes in life. They have been doing good so far your Honor. Throughout this experience my parents has been my rock. They has taken on the burden of caring for two of my children I thank god for them. I can't begin to thank them enough. At present It seems I have no choice but to Accept my wrongful conviction of this Crime, No matter how unjust It would seem. All I can do at this point is hope and pray to god that a higher Court would see fit to grant me A retrial based on the factual evidence of this case and keep my head held high as I walk into this chapter of my life and utilize any opportunities afforded to me to get home as soon as humanly possible. I learned about plumbing at A young age I will continue to go to school and get my trade and master this proffession upon my release. Going to work and being able to put food on the table for my family was and always has been my motivating factor in everything I do. My incarceration is A hardship we will as A family have to endure Unfortunatly. There seems to be no way around that. It's in god hands at this point and I trust in his vision for my life. All I ask your Honor is to take the words I have written here and the events that have taken place in my life into Consideration during my sentencing. All I can do your Honor is throw myself at your mercy and pray that you see me for the man that I am and not

Just the man they made me out to be on paper an Armed Career Criminal. There is so much more to me than that. Please read between the lines of their characterization of who they think I am and see the real me Earl Orr, Son, Father, Brother, tax payer, hard worker, God Fearing, and A member of the Community. Thank you for your time and Consideration in this Matter your Honor.